IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 98-40116-PWB |
| ROBERT E. HALL, JR. and | § | |
| HELEN LOUISE HALL, | § | CHAPTER 7 |
| | § | |
| Debtors. | § | JUDGE PAUL W. BONAPFEL |

## NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

COMES NOW, Philip F. Walker, Trustee of the above-named Estate, and hereby shows the following:

1.

In accordance with 11. U.S.C. § 347 (a), all unpaid checks of the Estate have been returned as undeliverable or not applicable by the creditor, as identified in Paragraph 2. The sum total of these checks is $5,285.25, which has been deposited with the Court for disposition pursuant to 28 U.S.C. §§ 2041 et. seq.

2.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has been returned and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

[SPACE INTENTIONALLY LEFT BLANK]

| Creditor Name: | Amount |
|---|---|
| Chase Manhattan Bank USA, N.A.<br>100 Duffy Avenue<br>Hicksville, NY 11801 | $563.04 |
| American Safety Casualty Insurance<br>Schreeder, Wheeler & Fling LLP<br>127 Peachtree Street, NE #1600<br>Atlanta, GA 30303-1845 | $4,722.21 |
| **TOTAL** | **$5,285.25** |

Dated: 3-25-09

Signed: _____
Philip F. Woodward, Chapter 7 Trustee
Georgia Bar No. 775830

101 N. Thornton Avenue
Suite 205
P. O. Box 6009
Dalton, GA 30722
Phone: (706) 270-8870

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 98-40116-PWB |
| ROBERT E. HALL, JR. and | § | |
| HELEN LOUISE HALL, | § | CHAPTER 7 |
| | § | |
| Debtors. | § | JUDGE PAUL W. BONAPFEL |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Notice of Payment of Funds Into the Registry of the Court by depositing a copy of the same in the United States Mail with adequate postage affixed thereon, properly addressed to:

| | |
|---|---|
| Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Spring Street, SW<br>Atlanta, GA   30303 | Chase Manhattan Bank USA, N.A.<br>100 Duffy Avenue<br>Hicksville, NY 11801 |
| American Safety Casualty Insurance<br>Schreeder, Wheeler & Fling LLP<br>127 Peachtree Street, NE #1600<br>Atlanta, GA 30303-1845 | |

This _____ day of ____March____, 2009.

_____
PHILIP F. WOODWARD
Chapter 7 Trustee
Georgia State Bar No. 775830

LAW OFFICE OF PHILIP F. WOODWARD
P.O. Box 6009
Dalton, GA 6009

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
              ROME DIVISION

              # 00170239 - MB
              March 27, 2009



Code        Case No      Qty      Amount    By

UC          98-40116      1      $5,285.25  CK
   Judge  - Paul W. Bonapfel
   Debtor - R. E. HALL


TOTAL:                           $5,285.25


FROM: Philip F. Woodward
      P. O. Box 1678
      Dalton, GA  30722-1678
```